DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:06CR594 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Joseph Sailes | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on June 11, 2012, regarding a violation report submitted by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Joseph Sailes and his counsel, Jeffrey Saffold appeared. A report and recommendation was filed on May 24, 2012 (see docket # 1454). The Court adopts the report and recommendation of Magistrate Judge Nancy Vecchiarelli and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that as a condition of supervised release that the defendant serve no jail time as long as he participates in a 16 week behavioral group and secures employment.

IT IS SO ORDERED.

| | |
|---|---|
|  June 11, 2012 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |